```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 01801
   VERNADO PARKER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2370

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/27/2006 and was confirmed 07/17/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------------
  CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS CREDIT UNION  UNSEC W/INTER     495.08              .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER    7152.38              .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER       .00               .00           .00
INTERNAL REVENUE SERVICE  PRIORITY            .00               .00           .00
INTERNAL REVENUE SERVICE  SECURED             .00               .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     800.31              .00           .00
GMAC MORTGAGE CORPORATIO  NOTICE ONLY    NOT FILED              .00           .00
GMAC MORTGAGE             CURRENT MORTG       .00               .00           .00
GMAC MORTGAGE             MORTGAGE ARRE  14978.00               .00      14978.00
ARROW FINANCIAL SERVICES  UNSEC W/INTER  NOT FILED              .00           .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED              .00           .00
CBT                       UNSEC W/INTER  NOT FILED              .00           .00
CHASE                     UNSEC W/INTER  NOT FILED              .00           .00
CITIBANK                  UNSEC W/INTER  NOT FILED              .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    2650.00              .00           .00
DISCOVER FINANCIAL        UNSEC W/INTER  NOT FILED              .00           .00
THD CBUSA                 UNSEC W/INTER  NOT FILED              .00           .00
TOYOTA MOTOR              UNSEC W/INTER  NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER  NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      900.00                          625.00
TOM VAUGHN                TRUSTEE                                          797.00
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              16,400.00

PRIORITY                                        .00
SECURED                                   14,978.00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 01801 VERNADO PARKER

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                    625.00
TRUSTEE COMPENSATION                                              797.00
DEBTOR REFUND                                                        .00
                                       ---------------   ---------------
TOTALS                                       16,400.00         16,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
Dated: 02/26/08                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```